

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 22, 2010

**BY ECF**

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Adis Medunjanin, et. al.
            Criminal No 10-CR-019 (RJD)

Dear Chief Judge Dearie:

     With the consent of defense counsel, the government respectfully requests a two-week extension of time to file its motion under section 4 of the Classified Information Procedures Act.  If the Court grants this request, the government's motion will be due on May 10, 2010.  The government has moved diligently to identify, gather and review the documents necessary to file its motion and needs an additional two weeks because of logistical issues.

                              Respectfully submitted,

                              BENTON J. CAMPBELL
                              United States Attorney

                By:      /s/
                     Jeffrey H. Knox
                     David Bitkower
                     James P. Loonam
                     Berit W. Berger
                     Assistant U.S. Attorneys
                     (718) 254-7000

cc:  Robert Gottlieb, Esq. (via ECF)
     Michael Marinaccio, Esq. (via ECF)