**VIA ECF AND MAIL**

November 1, 2010

Hon. Judge Raymond Dearie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: <u>USA V. ADIS MEDUNJANIN, 10-CR-19(RJD)</u>**

Dear Judge Dearie:

      I wanted to inform the Court that Celia Gordon, Stephanie Carvlin and myself have already received security clearance for the above named defendant.   I have spoken with Ms. Mulqueen to set up a Status Conference for this case. We have tentatively scheduled the conference for November 3, 2010 at 2:30 pm.

      I have called the AUSA David Bitkower as to whether that date works for him. I was unable to reach him, but I did leave him with the date and will follow-up later today.

      Thank you for your assistance in this matter.

Very truly yours,

Mitchell Dinnerstein

cc.:  David Bitkower, AUSA