

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB:JPL
F.#20091793

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 1, 2010

**By Hand and ECF**

Robert Gottlieb, Esq.
The Trinity Building
111 Broadway, Suite 701
New York, NY 10006

       Re:  United States v. Adis Medunjanin
           Criminal Docket No. 10-19 (S-1) (RJD)

Dear Mr. Gottlieb:

    Enclosed please find discovery Bates numbered 694-722, which was previously provided to you on August 6, 2010, prior to the last status conference in this case.  In addition, enclosed please find two compact discs and additional documents obtained from the New York City Fire Department, which are Bates numbered 723-731.  These additional documents relate to the same subject matter as documents 694-722.

    If you have any questions or further requests, please do not hesitate to contact us.

                       Very truly yours,

                       LORETTA E. LYNCH
                     UNITED STATES ATTORNEY

          By:      /S
                Jeffrey H. Knox
                David Bitkower
                James P. Loonam
                Berit Berger
                Assistant U.S. Attorneys
                (718) 254-7000

Enclosures (not filed on ECF)