

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB:JPL
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 16, 2010

The Honorable Raymond J. Dearie
Chief United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

>      Re:  United States v. Adis Medunjanin
>           Criminal Docket No. 10-019 (S-3)(RJD)

Dear Chief Judge Dearie:

     The government respectfully submits this letter to memorialize recent classified and sealed submissions to the Court.  On December 6, 2010, the defense filed a classified affidavit sworn to by Robert Gottlieb, Esq.  On December 14, 2010, the government submitted a classified letter to the Court.  On December 15, 2010, the defense filed a classified letter in response.  The government respectfully submits that each of these submissions should remain sealed.

>                         Respectfully submitted,
>
>                         LORETTA E. LYNCH
>                         United States Attorney
>
>                    By:        /s/
>                         Jeffrey H. Knox
>                         David M. Bitkower
>                         James P. Loonam
>                         Berit W. Berger
>                         Assistant U.S. Attorneys
>                         (718) 254-7000

cc:  Robert Gottlieb, Esq.