

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB:JPL
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 12, 2011

The Honorable Raymond J. Dearie
Chief United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Adis Medunjanin
           Criminal Docket No. 10-019 (S-3)(RJD)

Dear Chief Judge Dearie:

    The government respectfully submits this letter to memorialize that the government served notice at the January 19, 2010 status conference that pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), the government intends to offer into evidence, or otherwise use or disclose in a proceedings in this case, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.  This notice was filed by hand but not filed electronically and is attached to this letter as Exhibit A.

                                       Respectfully submitted,

                                       LORETTA E. LYNCH
                                       United States Attorney

                     By:          /s/
                             Jeffrey H. Knox
                             David M. Bitkower
                             James P. Loonam
                             Berit W. Berger
                             Assistant U.S. Attorneys
                             (718) 254-7000

cc:   Robert Gottlieb, Esq.