JHK:BWB
F.# 2009R01793

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                     N O T I C E

    - against -                          10 CR 019 (RJD)

ADIS MEDUNJANIN,

             Defendant.

- - - - - - - - - - - - - - - -X


NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

      The United States, through its attorney, Benton J. Campbell, United States Attorney for the Eastern District of New York, hereby provides notice to defendant ADIS MEDUNJANIN and to the Court, that pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from

electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:      January 19, 2010
            Brooklyn, New York

                         Respectfully submitted,

                         BENTON J. CAMPBELL
                         United States Attorney

            By:   _____/s_____
                  Jeffrey Knox
                  David Bitkower
                  James Loonam
                  Berit Berger
                  Assistant U.S. Attorneys
                  Eastern District of New York
                  271 Cadman Plaza East
                  Brooklyn, New York 11201