

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB
F.#2010R00057

271 Cadman Plaza East
Brooklyn, New York 11201

February 25, 2011

2/28/11
Approved

The Honorable Raymond J. Dearie
Chief United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

s/ Judge Raymond J. Dearie

Re: United States v. Adis Medunjanin
    Criminal Docket No. 10-019 (S-3)(RJD)

Dear Chief Judge Dearie:

A suppression hearing in the above-referenced case is currently scheduled for March 8 and 9, 2011. For reasons relating to out-of-town travel, the government respectfully requests that it be permitted to call one witness at 9:30 a.m. on March 7, 2011, a time previously discussed with your Deputy Clerk.

Counsel for the defendant has no objection to this application.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: David Bitkower
James P. Loonam
Berit W. Berger
Assistant U.S. Attorneys
(718) 254-7000

cc: Robert Gottlieb, Esq.