UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

       -v-                                       CRIMINAL SCHEDULING ORDER

                                             DOCKET # CR–10-00019-01(RJD)

ADIS MEDUNJANIN,

                      Defendant(s)
------------------------------------------------------X
DEARIE, CHIEF JUDGE.

**PLEASE NOTE THAT THE CONFERENCE THAT WAS PREVIOUSLY SCHEDULED FOR MARCH 17, 2011 AT 4:00PM, HAS BEEN RE-SCHEDULED TO:**

**MARCH 22, 2011        at   12:00PM**
**IN COURTROOM   10A-S.**

     Should counsel have any questions, they are directed to call Ms. Mulqueen at 718-613-2435.

**SO ORDERED.**

Dated:  Brooklyn, New York
          MARCH 15, 2011

                                           s/ Judge Raymond J. Dearie

                                           RAYMOND J. DEARIE
                                           UNITED STATES CHIEF JUDGE