UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

      -against-

[REDACTED],  
ADIS MEDUNJANIN,  
    also known as "Muhammad,"  
ABID NASEER,  
ADNAN EL SHUKRIJUMAH,  
    also known as "Hamad,"  
TARIQ UR REHMAN and  
FNU LNU,  
    also known as "Ahman" and  
    "Zahid,"

                    Defendants.
-------------------------------------------------------------x

Cr. 10-019 (S3)(RJD)

## PROPOSED REVISED SCHEDULING ORDER

The existing schedule for submission of post-hearing briefs is modified as follows:

| | |
|---|---|
| Defense brief: | To be filed by April 11, 2011 |
| Government response: | To be filed by April 18, 2011 |
| Defense reply: | To be filed by April 22, 2011 |

So order : s/ Judge Raymond J. Dearie
_____
Raymond J. Dearie