```
                                        FILED WITH THE
                                        COURT SECURITY OFFICER
                                        CSO: macisso
                                        DATE: 5/9/11
```

DMB:JPL/BWB
F.#2010R00057

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         **FILED EX PARTE,**
                                 **IN CAMERA**, AND UNDER SEAL
      v.
                                 10-CR-19 (S-3)(RJD)
ADIS MEDUNJANIN,
      also known as "Muhammad,"


                Defendant.

- - - - - - - - - - - - - - - - X




**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO THE DEFENDANT'S
MOTION RELATING TO THE FOREIGN INTELLIGENCE SURVEILLANCE ACT**



David Bitkower
James P. Loonam
Berit W. Berger
      Assistant United States Attorneys,
      Eastern District of New York

Jeffrey H. Knox
      Trial Attorney
      United States Department of Justice

Of counsel.