# STEPHANIE M. CARVLIN, ESQ.
111 Broadway, Suite 701
New York, New York   10006

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-748-1636
TELECOPIER: 212-374-1506
E-MAIL: CARVLIN@HOTMAIL.COM

May 31, 2011

<u>Via Facsimile</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *United States v. Adis Medunjanin*
            10-CR-00019 (RJD)

Dear Judge Dearie:

    On May 23, 2011, the government made a classified disclosure that bears directly on the suppression issues now *sub judice*. As a result, counsel for Adis Medunjanin writes to request that a status conference be held to discuss the implications of the disclosure before the Court renders its decision on the suppression motion.

                                        Respectfully submitted,

                                        Stephanie M. Carvlin

cc via ECF: AUSA David Bitkower