

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

| | |
|---|---|
| JPL<br>F.#2010R00057 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

May 31, 2011

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  United States v. Zarein Ahmedzay
            Criminal Docket No. 10-019 (S-1)(RJD)

Dear Judge Dearie:

      Sentencing in the above-referenced case is currently scheduled for Friday, June 3, 2011.  The government respectfully requests that sentencing be adjourned to December 9, 2011 at 10:30 a.m.

                           Respectfully submitted,

                           LORETTA E. LYNCH
                         United States Attorney

                  By:       /s/
                         James P. Loonam
                         Assistant U.S. Attorney

cc:  Clerk of the Court (RJD) (by ECF)
     Michael Marinaccio, Esq. (by ECF)