

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

DMB
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 1, 2011

**By Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Adis Medunjanin</u>
         <u>Criminal Docket No. 10-019 (S-3)(RJD)</u>

Dear Judge Dearie:

    The government hereby notifies the Court that on May 23, 2011 it filed with the Classified Information Security Officer an <u>ex parte</u>, <u>in camera</u> supplement to its brief in opposition to the defendant's motion to suppress evidence obtained pursuant to the Foreign Intelligence Surveillance Act, 50 U.S.C. §§ 1801 <u>et seq</u>.

                          Respectfully submitted,

                          LORETTA E. LYNCH
                          United States Attorney

                By:       /s/
                      David Bitkower
                      James P. Loonam
                      Berit W. Berger
                      Assistant U.S. Attorneys

cc: Clerk of the Court (RJD) (by ECF)
    Robert Gottlieb, Esq. (by ECF)
    Stephanie Carvlin, Esq. (by ECF)
    Mitchell Dinnerstein, Esq. (by ECF)