

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 1, 2011

**By Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  United States v. Adis Medunjanin
         Criminal Docket No. 10-019 (S-3)(RJD)

Dear Judge Dearie:

      The government hereby notifies the Court that on May 23, 2011 it filed with the Classified Information Security Officer a classified disclosure to the Court and defense counsel.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

      By:       /s/
         David Bitkower
         James P. Loonam
         Berit W. Berger
         Assistant U.S. Attorneys

cc: Clerk of the Court (RJD) (by ECF)
    Robert Gottlieb, Esq. (by ECF)
    Stephanie Carvlin, Esq. (by ECF)
    Mitchell Dinnerstein, Esq. (by ECF)