UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

           - against -

ADIS MEDUNJANIN,

           Defendant.
-------------------------------------------------x

**ORDER**

10 CR 19   (RJD)

DEARIE, District Judge.

After due consideration of all relevant submissions and evidence, the Court denies in their entirety defendant's motions to suppress statements made to law enforcement (dkt. #74, 99) and to suppress evidence obtained pursuant to the Foreign Intelligence Surveillance Act (dkt. #100). To the extent that any related requests are pending, they are denied. Memoranda of decision explaining the Court's reasoning will follow as soon as is practicable.

SO ORDERED.

Dated: Brooklyn, New York
       September 8, 2011

s/RJD

_____
RAYMOND J. DEARIE
United States District Judge