

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 21, 2011

By Hand Delivery and ECF

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11202

      Re:  United States v. Adis Medunjanin
           Criminal Docket No. 10-19 (S-3)(RJD)

Dear Judge Dearie:

      The government hereby respectfully consents to the Court's proposed trial date of March 12, 2012.  Due to the complexity of the case, and the parties' and Court's familiarity with the case, the government respectfully requests that the time between now and March 12, 2012 be excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(7).  Defense counsel consents in this request.

                                Respectfully Submitted,

                                LORETTA E. LYNCH
                              United States Attorney

                    By:  _____/s/_____
                         David Bitkower
                         Assistant U.S. Attorney
                         (718) 254-6309

cc:  Clerk of the Court (RJD) (by ECF)
     Defense Counsel (by facsimile)