LAW OFFICES OF
# ROBERT C. GOTTLIEB

TRINITY BUILDING
111 BROADWAY - SUITE 701
NEW YORK, N.Y. 10006
TELEPHONE: (212) 566-7766
FAX: (212) 374-1506

ROBERT C. GOTTLIEB
CELIA A. GORDON

— www.robertgottlieblaw.com —
e-mail: rgottlieb@robertgottlieblaw.com

JUSTIN F. HEINRICH

September 21, 2011

VIA ECF

The Honorable Raymond J. Dearie
Chief Judge of the United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Adis Medunjanin*
             *No. 1:10-CR-00019 (RJD)*

Dear Judge Dearie:

      This law firm represents the defendant Adis Medunjanin in the above-referenced criminal action. In accordance with our recent telephone conference with chambers, defense acknowledges and understands that the time until March 12, 2012, will be excluded pursuant to the Speedy Trial Act.

      Very truly yours,

      Robert C. Gottlieb (1930)

RCG/cag

cc:    David Bitkower, A.U.S.A. (via ECF)