

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB/JPL:BWB
F.#2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

November 16, 2011

**By ECF**

Robert Gottlieb, Esq.
The Trinity Building
111 Broadway, Suite 701
New York, NY 10006

      Re:  United States v. Adis Medunjanin
           Criminal Docket No. 10-19 (S-3)(RJD)

Dear Mr. Gottlieb:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on February 25, 2010, the government provided supplemental discovery and a letter detailing that discovery to counsel today. The government also renews its request for reciprocal discovery from the defendant pursuant to Rule 16(b).

    If you have any questions please do not hesitate to contact us.

                                Very truly yours,

                                LORETTA E. LYNCH
                                UNITED STATES ATTORNEY

                By:  /s/ James P. Loonam
                       David Bitkower
                       James P. Loonam
                       Berit Berger
                       Assistant U.S. Attorneys
                       (718) 254-7000

cc:  Clerk of the Court (RJD)(via ECF)