LAW OFFICES OF
# ROBERT C. GOTTLIEB

TRINITY BUILDING
111 BROADWAY - SUITE 701
NEW YORK, N.Y. 10006
TELEPHONE: (212) 566-7766
FAX: (212) 374-1506

— www.robertgottlieblaw.com —
e-mail: rgottlieb@robertgottlieblaw.com

ROBERT C. GOTTLIEB
CELIA A. GORDON

JUSTIN F. HEINRICH

December 19, 2011

<u>VIA ECF and facsimile</u>
The Honorable Raymond J. Dearie
Chief Judge of the United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Adis Medunjanin*
      *No. 1:10-CR-00019 (RJD)*

Dear Judge Dearie:

  This law firm represents the defendant Adis Medunjanin in the above-referenced criminal action. Trial in this matter is scheduled to begin on March 12, 2012. I write to respectfully request that the Court schedule a conference at a date and time in early January 2012 convenient to the Court in order to discuss certain issues related to discovery and other pre-trial matters which need to be resolved in advance of trial.

  We have previously informed the Government that we were planning on making this request. We thank you for your consideration.

Very truly yours,

/s/ Robert C. Gottlieb

Robert C. Gottlieb (RG1930)

cc:   David Bitkower, A.U.S.A. (via ECF)