

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB/JPL:BWB
F.#2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 29, 2011

**By ECF**

Robert Gottlieb, Esq.
The Trinity Building
111 Broadway, Suite 701
New York, NY 10006

       Re:  United States v. Adis Medunjanin
            Criminal Docket No. 10-19 (S-3)(RJD)

Dear Mr. Gottlieb:

      Pursuant to the government's discovery obligations, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on February 25, 2010, the government provided supplemental discovery and a letter detailing that discovery to counsel today.  The government also renews its request for reciprocal discovery from the defendant pursuant to Rule 16(b).

      If you have any questions please do not hesitate to contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                    By:   /s/ James P. Loonam
                         David Bitkower
                         James P. Loonam
                         Berit Berger
                         Assistant U.S. Attorneys
                         (718) 254-7000

cc:   Clerk of the Court (RJD)(via ECF)