**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB/JPL:BWB                                      *271 Cadman Plaza East*
F.#2010R00057                                    *Brooklyn, New York  11201*

January 24, 2012

**By Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:  United States v. Adis Medunjanin
                     Criminal Docket No. 10-19 (S-4)(RJD)

Dear Judge Dearie:

                The government writes to note one additional matter for
the status conference scheduled for tomorrow in the above-
referenced case.  Specifically, although the government does not
anticipate any need to discuss classified information at
tomorrow's conference, the government will propose a procedure
for giving advance notice to members of the public and the press
in the event that the Court finds that courtroom closure or in
camera proceedings are necessary to permit discussion of
classified information at a future pretrial conference or during
trial.

                               Respectfully Submitted,

                               LORETTA E. LYNCH
                               UNITED STATES ATTORNEY

                     By:  _____/s/_____
                               David Bitkower
                               James P. Loonam
                               Berit Berger
                               Assistant U.S. Attorneys

cc:  Clerk of the Court (RJD)(via ECF)
     Defense Counsel (via ECF)