Case 1:10-cr-00019-RJD   Document 161   Filed 01/24/12   Page 1 of 1 PageID #: 733



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB/JPL:BWB
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2012

**By Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Adis Medunjanin
      Criminal Docket No. 10-19 (S-4)(RJD)

Dear Judge Dearie:

The government writes to note one additional matter for the status conference scheduled for tomorrow in the above-referenced case. Specifically, although the government does not anticipate any need to discuss classified information at tomorrow's conference, the government will propose a procedure for giving advance notice to members of the public and the press in the event that the Court finds that courtroom closure or *in camera* proceedings are necessary to permit discussion of classified information at a future pretrial conference or during trial.

> 1/25/12
> In light of today's brief discussion and the apparent opposition of the defense, and others, I direct the gov't to file on public notice an elaboration on the proposal on or before 2/2/12. Any opposition or general commentary should be filed by 2/10/12.
>
> ( s/ Judge Dearie

Respectfully Submitted,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By:    /s/
       David Bitkower
       James P. Loonam
       Berit Berger
       Assistant U.S. Attorneys

cc:   Clerk of the Court (RJD)(via ECF)
      Defense Counsel (via ECF)