

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDL

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 27, 2012

**By Hand**

Robert Curtis Gottlieb, Esq.
111 Broadway
Suite 701
New York, NY 10006

   Re: United States v. Adis Medunjanin
     Criminal Docket No. 10-19 (RJD)

Dear Mr. Gottlieb:

   The undersigned are firewall counsel in the above-
captioned matter.

   Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government provides the following supplemental
discovery.

   Enclosed please find two compact discs labeled
"Recording 14.b" and "Disk 3 - 6 Tracks" containing recordings
obtained pursuant to the Foreign Intelligence Surveillance Act,
50 U.S.C. § 1801 et seq., as detailed on the spreadsheets
attached hereto.  These recordings have not been made available
to the prosecution team.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/ Justin D. Lerer
Margo K. Brodie
Justin D. Lerer
Assistant U.S. Attorneys
(718) 254-6124

Enclosures

cc:  Clerk of Court (RJD) (by ECF) (w/o spreadsheets)

2