UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

      -against-                              :

ADIS MEDUNJANIN,                             :          10-cr-019 (RJD)

                                :
            Defendant.
--------------------------------------------------------------x

## <u>NOTICE OF INTENT TO DISCLOSE CLASSIFIED INFORMATION</u>


***FILED WITH CLASSIFIED INFORMATION SECURITY OFFICER***




Dated: New York, New York
       March 5, 2012

                                     /s/ Robert C. Gottlieb
                                   _____
                                   By: Robert C. Gottlieb (RG1930)

                                   LAW OFFICES OF
                                   ROBERT C. GOTTLIEB
                                   111 Broadway, Suite 701
                                   New York, New York 10006
                                   t: 212-566-7766
                                   *Attorneys for*
                                   *Adis Medunjanin*


To:    David Bitkower, AUSA
         UNITED STATES ATTORNEY'S OFFICE
         EASTERN DISTRICT OF NEW YORK
         271 Cadman Plaza East
         Brooklyn, New York 11201