**STEPHANIE M. CARVLIN, ESQ.**
111 Broadway, Suite 701
New York, New York  10006

STEPHANIE M. CARVLIN, ESQ.
BRYAN HA, ESQ.

OF COUNSEL
ALLAN P. HABER, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-748-1636
TELECOPIER: 212-374-1506
E-MAIL: CARVLIN@HOTMAIL.COM

March 6, 2012

<u>Via Facsimile</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Adis Medunjanin*
10-CR-00019 (RJD)

Dear Judge Dearie:

The government has filed a motion under seal today. We oppose the motion and ask that we be permitted to file papers in opposition on March 9, 2012.

Respectfully submitted,

Stephanie Carvlin
Counsel for Adis Medunjanin

cc: AUSA David Bitkower (via e-mail)
    AUSA James B. Loonam (via e-mail)
    AUSA Berit W. Berger (via e-mail)