UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                                :

       -against-                                                          :

FERID IMAM,                                                              :
    also known as "Yousef,"                                    Cr. 10-019 (S4)(RJD)
ADIS MEDUNJANIN,                                                :
    also known as "Muhammad,"                         NOTICE OF MOTION
ABID NASEER,                                                           :
ADNAN EL SHUKRIJUMAH,
    also known as "Hamad,"                                 :
TARIQ UR REHMAN and
FNU LNU,                                                                    :
    also known as "Ahmad" and
    "Zahid,"                                                              :

                 Defendants.          :
-------------------------------------------------------------x

S I R S:

PLEASE TAKE NOTICE that the undersigned counsel will move this Court, the Honorable Raymond J. Dearie, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for the following relief:

1. For an order requiring the government to make a proffer of the testimony that its intends to elicit from its purported terrorism expert;

2. For an order permitting counsel for Mr. Medunjanin to conduct a voir dire of the "expert" outside the presence of the jury before his testimony commences;

3. For a pre-trial determination that certain portions of statements that Mr. Medunjanin made in response to questioning by law enforcement should be admitted under Rule 106 of the Federal Rules of Evidence;

4. For a pre-trial determination that portions of statements that Mr. Medunjanin made in response to questioning by law enforcement should be excluded under Rule 403 of the Federal Rules of Evidence.

Dated:  March 12, 2012
        New York, New York

_____/s/_____
STEPHANIE M. CARVLIN, Esq.
Attorney for Adis Medunjanin
111 Broadway, Suite 701
New York, New York   10006
(212) 748-1636

VIA ECF TO: CLERK OF THE COURT
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

HON. RAYMOND J. DEARIE
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

DAVID BITKOWER
BERIT BERGER
JAMES LOONAM
Assistant United States Attorneys
Office of the United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York   11201