UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

FERID IMAM,
    also known as "Yousef,",
ADIS MEDUNJANIN,
    also known as "Muhammad,"
ABID NASEER,
ADNAN EL SHUKRIJUMAH,
    also known as "Hamad,"
TARIQ UR REHMAN and
FNU LNU,
    also known as "Ahman" and
    "Zahid,"

                  Defendants.
---------------------------------------------------------------x

Cr. 10-019 (S4)(RJD)

ORDER
RE: TRIAL CLOTHING

RAYMOND J. DEARIE, United States District Judge

    The trial of the above action will begin before me on April 2, 2012 at 9:30 a.m., in Courtroom 10-A and proceed Monday through Friday for approximately six weeks. During the duration of the trial, Adis Medunjanin, Register No. 65114-053, shall be permitted to receive the following garments for his court appearances:

    2 suits
    2 dress shirts
    2 neck ties
    1 belt
    2 pairs of socks
    2 pairs of shoes

s/ RJD

    The defendant shall be permitted to exchange the above garments on a one-to-one basis as necessary, but may not have more than two sets of trial clothes at one time. This order shall be enforced by the Metropolitan Correctional Center in accordance with procedures established by the Bureau of Prisons.

SO ORDERED

2/23/12

s/ Judge Raymond J. Dearie

Raymond J. Dearie
United States District Judge