UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
UNITED STATES OF AMERICA,

          - against -

ADIS MEDUNJANIN,

          Defendant.
-----------------------------------------------x

**ORDER**

10 CR 19 1 (JG)

JOHN GLEESON, United States District Judge.

    The Court has received and reviewed the Government's and defendant's motions to strike, and has undertaken its own review of the juror questionnaires. Focusing solely on Juror Numbers 1-200, the Court excuses the following jurors:

| | | | | | |
|---|---|---|---|---|---|
| 1  | 34 | 78  | 108 | 148 | 179 |
| 2  | 36 | 81  | 109 | 151 | 180 |
| 5  | 37 | 83  | 112 | 154 | 181 |
| 7  | 39 | 85  | 113 | 155 | 182 |
| 12 | 40 | 87  | 123 | 156 | 183 |
| 13 | 47 | 88  | 126 | 158 | 186 |
| 14 | 49 | 89  | 127 | 160 | 187 |
| 15 | 51 | 90  | 128 | 161 | 193 |
| 16 | 52 | 91  | 131 | 163 | 195 |
| 17 | 55 | 92  | 133 | 164 | 196 |
| 18 | 56 | 93  | 134 | 165 | 199 |
| 21 | 57 | 94  | 137 | 167 |     |
| 22 | 60 | 95  | 138 | 168 |     |
| 23 | 66 | 99  | 139 | 169 |     |
| 25 | 67 | 100 | 140 | 170 |     |
| 26 | 70 | 101 | 141 | 172 |     |
| 30 | 71 | 104 | 142 | 173 |     |
| 31 | 72 | 105 | 144 | 176 |     |
| 32 | 76 | 106 | 145 | 177 |     |
| 33 | 77 | 107 | 146 | 178 |     |

The Court requests that the Jury Administrator call the first seventy (70) jurors not excused by this Order for questioning tomorrow, April 10, 2012.

SO ORDERED.

                                                s/

                                        John Gleeson, U.S.D.J.

Dated: April 9, 2012
       Brooklyn, New York