UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

          - against -

ADIS MEDUNJANIN,

          Defendant.
-------------------------------------------------x

**ORDER**

10 CR 19 1 (JG)

JOHN GLEESON, United States District Judge.

The Court has received and reviewed the Government's and defendant's motions to strike, and has undertaken its own review of the juror questionnaires. Focusing on Juror Numbers 200-250, the Court excuses the following jurors:

| | | |
|---|---|---|
| 205 | 223 | 235 |
| 206 | 224 | 242 |
| 207 | 225 | 243 |
| 208 | 226 | 246 |
| 209 | 227 | 247 |
| 214 | 228 | |
| 215 | 229 | |
| 217 | 230 | |
| 218 | 231 | |
| 222 | 233 | |

The Court requests that the Jury Administrator call all of the remaining non-excused jurors from Juror Number 68 to Number 250 for questioning tomorrow, April 11, 2012.

SO ORDERED.

                                                        s/
                                                        John Gleeson, U.S.D.J.

Dated: April 10, 2012
       Brooklyn, New York