10-CR-19
Adis Medunjanin                          Rcvd. via email.
                                              Ilene.



Judge John Gleeson

Brooklyn Federal Court

13th April 2012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 13 2012 ★
BROOKLYN OFFICE

Dear Judge Gleeson,

I am a journalist for BBC News in London.

I understand that you are presiding in the case against Adis Medunjanin commencing April 16th 2012.

I would like to request access to any witness names and/or statements that have or will be submitted in evidence to the court from individuals who are currently held in prison in the United Kingdom.

If this is not possible, until that evidence has been heard in open court, would you be so kind to grant me access to those papers via your very helpful court manager Ilene.

Yours sincerely,


Gaetan Portal

Senior Producer – Home Affairs

BBC NEWS

+44 7764 335 350

gaetan.portal@bbc.co.uk