UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

    -against-                                       :        Cr. 10-019 (S-4) (JG)

                                                            :        <u>DECLARATION</u>

ADIS MEDUNJANIN,

                                                            :

                  Defendant.        :

-----------------------------------------------------------------x

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF NEW YORK )

    STEPHANIE M. CARVLIN, being duly sworn, declares the following under penalty of perjury:

    1.    I am an attorney duly admitted to the practice of law in the State of New York and the United States District Court for the Eastern District of New York.

    2.    I am counsel for Adis Medunjanin, one of the defendants in the above-captioned case.

    3.    I submit this declaration in support of Mr. Medunjanin's motion for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(c).

4. That motion is based on the evidence submitted at trial.


Dated: New York, New York
     July 13, 2012

                                        /s/ Stephanie M. Carvlin (SC9161)
                                        _____
                                        Stephanie M. Carvlin