

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB/JPL:BWB
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 10, 2012

**By Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Adis Medunjanin
           Criminal Docket No. 10-19 (S-4)(RJD)

Dear Judge Dearie:

    The government writes to request a 30-day extension of time to respond to the defendant's Rule 29 motion. We have consulted with defense counsel and there is no objection to this request. Should the Court grant this request, the government's response would be due on September 10, 2012.

                              Respectfully Submitted,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                By:     /s/
                    David Bitkower
                    James P. Loonam
                    Berit Berger
                    Assistant U.S. Attorneys

cc:  Clerk of the Court (RJD)(via ECF)
    Defense Counsel (via ECF)