

Gottlieb & Gordon LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebgordon.com
New York · London · Rome

Robert C. Gottlieb, Partner
Derrelle M. Janey, Partner

Celia A. Gordon, Of Counsel
Justin F. Heinrich, Counsel
Nicole M. Falls, Associate

August 27, 2015

**Via ECF**
The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Adis Medunjanin*
              No. 1:10-CR-00019 (JG)

Dear Judge Gleeson:

      By Order, dated August 20, 2015, the Court requested that defense counsel inform the Court by September 1, 2015, whether there was any objection to the release of the audio recording of the deposition testimony of Saajid Badat to a reporter from H2H Films (Dkt. No. 443). We understand that the Government has already released the recording to the reporter (*see* Dkt. No. 445); however, in accordance with the Court's Order, we have spoken with our client and confirm that the defense has no objection to the audio recording's release.

                                    Very truly yours,

                                    GOTTLIEB & GORDON LLP

                                    Robert C. Gottlieb (RG 930)

cc:    James Loonam, A.U.S.A. (via ECF)