

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2020

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Adis Medunjanin
                Criminal Docket No. 10-19 (BMC)

Dear Judge Cogan:

      The government respectfully writes to request that the September 22, 2020 re-sentencing date for petitioner Adis Medunjanin be continued to a date in November 2020.

      Since the United States District Court for the Eastern District of New York resumed in-person court appearances earlier this month, the government has now requested that the United States Marshals Service (USMS) produce Medunjanin in the Eastern District of New York for re-sentencing. The government is working with the USMS to determine how long it might take for Medunjanin to be produced in this District, but the government submits that an adjournment to November 2020 seems to provide sufficient time for Medunjanin to be produced in this District in order to appear in person for his re-sentencing.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/
      Douglas M. Pravda
      Assistant U.S. Attorney
      (718) 254-7000

cc:    Clerk of the Court (by ECF)
      Adis Medunjanin, pro se (by United States mail)